MOLLY M. REZAC, ESQ.
Nevada Bar No. 7435
Email: mrezac@gordonsilver.com
100 West Liberty St. Suite 940
Reno, NV 89501
Tel: (775) 343-7500
Fax: (775) 786-0131

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, Individually,<br><br>        Plaintiff,<br>vs.<br><br>UNIVERSITY SQUARE GROUP ,LTD.,<br>a Nevada Limited Liability Company,<br><br>        Defendant. | CASE NO. 2:14-cv-01800-JAD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE IN THE DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br>[SECOND REQUEST] |

Defendant, UNIVERSITY SQUARE GROUP, LTD., through its attorney of record, Molly M. Rezac of Gordon Silver, and Plaintiff, JOHN MEGGS, by and through his attorneys of record, Robert P. Spretnak of the Law Offices of Robert P. Spretnak, and Brandon A. Rotbart of Fuller, Fuller & Associates, hereby agree and stipulate to allow for a second 20-day extension of time to respond to complaint up to and including April 23, 2015.

The current response date is April 3, 2015. This stipulation is requested so that the defendant can research the facts and circumstances underlying the claims made in the complaint, explore settlement of this ADA accessibility matter, and is not intended for delay. The Plaintiff

///
///
///
///
///

Gordon Silver
Attorneys At Law
100 West Liberty St.
Suite 940
775-343-7500

1 of 3

completed an inspection on March 23, 2015 and a report is forthcoming that will further the parties settlement discussions.

Dated this 3rd day of April, 2015.

/s/ Molly M. Rezac
MOLLY M. REZAC
Nevada Bar No. 7435
Email:  mrezac@gordonsilver.com
100 West Liberty St., Suite 940
Reno, NV 89501
Telephone: (775) 343-7500
Facsimile: (775) 348-7250

*Attorney for Defendant*

Dated this 3rd day of April, 2015.

/s/ Robert P. Spretnak
ROBERT P. SPRETNAK
Nevada Bar No. 5135
Email:  Bob@Spretnak.com
8275 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
Telephone: (702) 454-4900
Facsimile: (702) 938-1055

            *-and-*

/s/ Brandon A. Rotbart
BRANDON A. ROTBART, *pro hac vice*
Email:  rotbart@rotbartlaw.com
12000 Biscayne Blvd., Suite 502
N. Miami, FL 33181
Telephone: (305) 891-5199

*Attorneys for Plaintiff*

\*\*\*

## ORDER

Pursuant to the foregoing stipulation by and between the parties, IT IS SO ORDERED.

DATED this 6th day of April, 2015.

_____
U.S. Magistrate JUDGE

Gordon Silver
Attorneys At Law
100 West Liberty St.
Suite 940
775-343-7500

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that on this 3rd day of April, 2015, I served a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE IN THE DEFENDANT'S TIME TO RESPOND TO COMPLAINT [ SECOND REQUEST]** by:

___ serving the following parties electronically through CM/ECF as set forth below:

___ faxing a copy to the numbers below;

XX  depositing a copy in the United States mail, first class postage fully prepaid to the persons and addresses listed below:

Robert P. Spretnak
Law Offices of Robert P. Spretnak
8275 S. Eastern Ave., Suite 200
Las Vegas, NV  89123

Brandon A. Rotbart
Fuller, Fuller & Associates
12000 Biscayne Blvd., Suite 502
N. Miami, FL 33181

/s/ M'Chele LaBelle
An employee of Gordon Silver

Gordon Silver
Attorneys At Law
100 West Liberty St.
Suite 940
775-343-7500