1   MOLLY M. REZAC, ESQ.
    Nevada Bar No. 7435
2   Email:  mrezac@gordonsilver.com
    100 West Liberty St. Suite 940
3   Reno, NV 89501
    Tel:  (775) 343-7500
4   Fax:  (775) 786-0131

5   *Attorney for Defendant*

6                **UNITED STATES DISTRICT COURT**

7                    **DISTRICT OF NEVADA**

8   JOHN MEGGS, Individually,              | CASE NO. 2:14-cv-01800-JAD-VCF

9                    Plaintiff,
    vs.
10                                          **STIPULATION AND [PROPOSED]**
    UNIVERSITY SQUARE GROUP ,LTD.,          **ORDER TO EXTEND THE DEADLINE**
11  a Nevada Limited Liability Company,     **FOR DEFENDANT TO RESPOND TO**
                                            **COMPLAINT**
12                   Defendant.             **[THIRD REQUEST]**

13

14

15

16      Defendant, UNIVERSITY SQUARE GROUP, LTD., through its attorney of record,

17  Molly M. Rezac of Gordon Silver, and Plaintiff, JOHN MEGGS, by and through his attorneys of

18  record, Robert P. Spretnak of the Law Offices of Robert P. Spretnak, and Brandon A. Rotbart of

19  Fuller, Fuller & Associates, hereby agree and stipulate to allow for a one week extension of time

20  to respond to complaint up to and including April 30, 2015.

21      The current response date is April 23, 2015.  The Plaintiff completed an inspection on

22  March 23, 2015 and disclosed the inspection report to Defendant on April 10, 2015 together with

23  a settlement proposal.  The parties are actively discussing full settlement of this matter.  This

24  stipulation is requested so that the parties can continue settlement discussions without expending

25  additional court or client resources, and is not intended for delay.

26  ///

27  ///

28  ///

**Gordon Silver**
Attorneys At Law
100 West Liberty St.
Suite 940
775-343-7500

1 of 3

1

2  Dated this 22nd day of April, 2015.                Dated this 22nd day of April, 2015.

3  /s/ Molly M. Rezac                                      /s/ Robert P. Spretnak
   MOLLY M. REZAC                                          ROBERT P. SPRETNAK
4  Nevada Bar No. 7435                                     Nevada Bar No. 5135
   Email:  mrezac@gordonsilver.com                         Email:  Bob@Spretnak.com
5  100 West Liberty St., Suite 940                         8275 S. Eastern Ave., Suite 200
   Reno, NV 89501                                          Las Vegas, NV  89123
6  Telephone: (775) 343-7500                               Telephone: (702) 454-4900
7  Facsimile: (775) 348-7250                               Facsimile: (702) 938-1055

8  *Attorney for Defendant*                                       *-and-*

9                                                          /s/ Brandon A. Rotbart
                                                           BRANDON A. ROTBART, *pro hac vice*
10                                                         Email:  rotbart@rotbartlaw.com
                                                           12000 Biscayne Blvd., Suite 502
11                                                         N. Miami, FL 33181
12                                                         Telephone: (305) 891-5199

13                                                         *Attorneys for Plaintiff*

14

15                                 ***

16

17                               **<u>ORDER</u>**

18       Pursuant to the foregoing stipulation by and between the parties, IT IS SO ORDERED.

19

20       DATED this 23rd day of April, 2015.

21

22

23                                 U.S. MAGISTRATE JUDGE

24

25

26

27

28

Gordon Silver
Attorneys At Law
100 West Liberty St.
Suite 940
775-343-7500

2 of 3

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that on this 22nd day of April, 2015, I served a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE IN THE DEFENDANT'S TIME TO RESPOND TO COMPLAINT [ THIRD REQUEST]** by:

_____ serving the following parties electronically through CM/ECF as set forth below:

_____ faxing a copy to the numbers below;

XX  depositing a copy in the United States mail, first class postage fully prepaid to the persons and addresses listed below:

Robert P. Spretnak
Law Offices of Robert P. Spretnak
8275 S. Eastern Ave., Suite 200
Las Vegas, NV  89123

Brandon A. Rotbart
Fuller, Fuller & Associates
12000 Biscayne Blvd., Suite 502
N. Miami, FL 33181

/s/ M'Chele LaBelle
An employee of Gordon Silver

Gordon Silver
Attorneys At Law
100 West Liberty St.
Suite 940
775-343-7500