GORDON SILVER
MARK S. DZARNOSKI
Nevada Bar No. 3398
Email: mdzarnoski@gordonsilver.com
500 N. Rainbow Blvd., Suite 120
Las Vegas, NV 89107
Tel: (702) 796-5555
Fax: (702) 369-2666

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, Individually, | CASE NO. 2:14-cv-01800-JAD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| UNIVERSITY SQUARE GROUP, LTD., a Nevada Limited Liability Company, | |
| Defendant. | |

Defendant, UNIVERSITY SQUARE GROUP, LTD., by and through its attorney of record, Mark S. Dzarnoski of Gordon Silver, and Plaintiff, JOHN MEGGS, by and through his attorneys of record, Robert P. Spretnak of the Law Offices of Robert P. Spretnak, and Brandon A. Rotbart of Fuller, Fuller & Associates, hereby agree and stipulate that this action be dismissed with prejudice, pursuant to the terms of the Settlement Agreement entered into by and between the parties. In addition, the parties stipulate and agree that the Court shall retain jurisdiction to enforce the terms and conditions of the Settlement Agreement. Further, the parties agree and stipulate that the Status Conference currently scheduled for July 17, 2015, at 11:00a.m. be vacated.

///

///

///

///

The parties respectfully request that this Court enter its Order approving this Stipulation, dismissing the action with prejudice (subject to the terms of the Settlement Agreement and Stipulated Agreement for Fees and Costs) and maintaining jurisdiction to enforce the Settlement Agreement.

It is so stipulated.

Dated this 8th day of July, 2015.

GORDON SILVER

/s/ Mark S. Dzarnoski
MARK S. DZARNOSKI
Nevada Bar No. 3398
500 N. Rainbow Blvd., Suite 120
Las Vegas, NV 89107
Tel: (702) 796-5555

*Attorney for Defendant*

Dated this 8th day of July, 2015.

/s/ Robert P. Spretnak
ROBERT P. SPRETNAK
Nevada Bar No. 5135
8275 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
Tel: (702) 454-4900

-and-

/s/ Brandon A. Rotbart
BRANDON A. ROTBART, *pro hac vice*
12000 Biscayne Blvd., Suite 502
N. Miami, FL 33181
Tel: (305) 891-5199

*Attorneys for Plaintiff*

\*\*\*

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The status conference scheduled for July 17, 2015, at 11:00 a.m. is hereby VACATED. The court will retain jurisdiction to enforce the Settlement Agreement. The Clerk of Court is instructed to close this case.

Dated: July 8, 2015.

_____
UNITED STATES DISTRICT JUDGE